UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

GERALD R. MOORE,

    Plaintiff,

v.

ONLINE INFORMATION SERVICES, INC.,
d/b/a ONLINE COLLECTIONS,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (2012); *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, GERALD R. MOORE, is a natural person, and at the time of the alleged violations was a citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, ONLINE INFORMATION SERVICES, INC., d/b/a ONLINE COLLECTIONS, is a corporation and citizen of the state of North Carolina with its principal place of business at 685 West Fire Tower Road, Winterville, North Carolina 28590.

## FACTUAL ALLEGATIONS

5. On or about April 21, 2011, Defendant, or another party acting on its behalf, left a message using an automatic telephone dialing system or an artificial or pre-recorded voice on Plaintiff's cellular telephone.

6. Defendant, or another party acting on its behalf, placed other telephone calls using an automatic telephone dialing system or an artificial or pre-recorded voice to place other telephone calls to Plaintiff's cellular telephone

7. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
don@donyarbrough.com

By: s/ Donald A. Yarbrough

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658