UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61167-Civ-Marra/Matthewman

GERALD R. MOORE,

    Plaintiff,

v.

ONLINE INFORMATION SERVICES, INC.

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. The parties have entered a settlement agreement which requires Defendant, Online Information Services, Inc., to make payment to Plaintiff, which has not yet been done. The parties request the Court retain jurisdiction to enforce the terms of the agreement, in the alternative, that the Court allow either party to reopen the case should it become necessary to seek enforcement of the terms of the settlement agreement.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Barbara Fernandez, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Hinshaw & Culbertson, LLP |
| Fort Lauderdale, Florida 33339 | 4 Floor |
| Telephone: 954-537-2000 | 2525 Ponce de Leon Boulevard |
| Facsimile: 954-566-2235 | Coral Gables, FL 33134 |
| | Telephone: 305-428-5031 |
| | Facsimile: 305-577-1063 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Barbara Fernandez |
| Donald A. Yarbrough, Esq. | Barbara Fernandez, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61167-Civ-Marra/Matthewman

GERALD R. MOORE,

    Plaintiff,

v.

ONLINE INFORMATION SERVICES, INC.

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>July 2, 2014</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

<u>Via Notices of Electronic Filing generated by CM/ECF</u>