UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61167-CIV-MARRA

GERALD MOORE,

    Plaintiff,

vs.

ONLINE INFORMATION SERVICES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This cause comes before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (DE 42).

It is hereby **ORDERED and ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear his or its attorney's fees except as otherwise agreed by the parties. The Court retains jurisdiction to enforce the terms of the settlement agreement. All pending motions are **DENIED AS MOOT**. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of July, 2014.

_____
KENNETH A. MARRA
United States District Judge